Larry W. Lee (State Bar No. 228175)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com

Attorneys for Plaintiff GLENDALE BROOKS and the Class

* ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE

Tracie Childs, CA Bar No. 190806
tracie.childs@ogletree.com
Cody J. Cocanig, CA Bar 303894
cody.cocanig@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimilie: 858-652-3101

Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDALE BROOKS, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Corporation, and DOES 1 through 110, inclusive,<br><br>Defendants. | Case No. 5:19−cv−01681−JGB−SP<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE, AND DISMISS PLAINTIFF'S CLASS AND PAGA CLAIMS WITHOUT PREJUDICE** |

1

# <u>ADDITIONAL ATTORNEYS</u>

WILLIAM L. MARDER, ESQ. (CBN 170131)
bill@polarislawgroup.com
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
Email: edward.choi@choiandassociates.com

Attorneys for Plaintiff and the Class

2

**JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**

Plaintiff GLENDALE BROOKS ("Plaintiff") and Defendant KOHL'S DEPARTMENT STORES, INC. ("Defendant") (Plaintiff and Defendant together, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the Superior Court of California, County of San Bernardino on July 26, 2019, for (1) violation of Labor Code §§ 510, 558, and 1194; (2) violation of Labor Code § 226; and (3) violation of Business and Professions Code § 17200, *et seq*.;

WHEREAS, on or about September 3, 2019, Defendant removed the Complaint to the instant Court;

WHEREAS, Plaintiff amended the Complaint on February 28, 2020, alleging (1) violation of Labor Code § 226; and (2) violation of Labor Code § 2698, *et seq*., the Private Attorneys General Act ("PAGA"). The First Amended Complaint is the operative complaint (hereinafter, the "Action");

WHEREAS, on March 16, 2020, Defendant filed an Answer;

WHEREAS, the Parties have reached a confidential resolution of Plaintiff's individual Labor Code claims, and Plaintiff now seeks to dismiss his individual claims *with* prejudice;

WHEREAS, Plaintiff seeks to dismiss his class and PAGA claims *without* prejudice;

WHEREAS, the dismissal of this Action will not prejudice the rights and remedies of the putative class members, as no notice been provided to the putative class members;

WHEREAS, the dismissal of this Action will not prejudice the rights and remedies of the State of California or aggrieved employees of Defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED that:

(1)    Plaintiff's individual claims will be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)

(2)    Plaintiff's class claims will be dismissed *without* prejudice pursuant to

**JOINT STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**

1  Federal Rule of Civil Procedure 23(e);

2          (3)     Plaintiff's PAGA claims will be dismissed *without* prejudice;

3          (4)     Each Party shall bear its own attorneys' fees and costs incurred in this

4  Action, except as otherwise provided in the Parties' confidential settlement.

5          (5)     The entire Action will be dismissed in its entirety.

6          IT IS SO STIPULATED.

7

8  DATED:  November 3, 2020        DIVERSITY LAW GROUP

9

10                                   By:  /s/ Larry W. Lee

11                                       Larry W. Lee

12                                   Attorney for Plaintiff
                                 GLENDALE BROOKS

13

14  DATED:  November 3, 2020        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

15

16

17                                 By:  /s/ Cody J. Cocanig
                                 Tracie Childs

18                                     Cody J. Cocanig

19                                 Attorney for Defendant
                                 KOHL'S DEPARTMENT STORES, INC.

20                                 I hereby attest that the attorney for Defendant

21  agreed with the contents of this document and authorized the filer to use his electronic

22  signature.

23

24

25

26

27

28

                                   4