1  Larry W. Lee (State Bar No. 228175)
2  **DIVERSITY LAW GROUP, P.C.**
   515 S. Figueroa Street, Suite 1250
3  Los Angeles, CA 90071
   (213) 488-6555
4  (213) 488-6554 facsimile
5  lwlee@diversitylaw.com

JS-6

6  Attorneys for Plaintiff GLENDALE BROOKS and the Class

7  * ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGE

8  Tracie Childs, CA Bar No. 190806
9  tracie.childs@ogletree.com
   Cody J. Cocanig, CA Bar 303894
10 cody.cocanig@ogletree.com
11 **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
12 4370 La Jolla Village Drive, Suite 990
   San Diego, CA 92122
13 Telephone: 858-652-3100
14 Facsimilie: 858-652-3101

15
16 Attorneys for Defendant KOHL'S DEPARTMENT STORES, INC.

17              **UNITED STATES DISTRICT COURT**
18              **CENTRAL DISTRICT OF CALIFORNIA**

19
| GLENDALE BROOKS, as an individual, and on behalf of all others similarly situated, | Case No. 5:19−cv−01681−JGB−SP |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE, AND DISMISS PLAINTIFF'S CLASS AND PAGA CLAIMS WITHOUT PREJUDICE** |
| vs. | |
| KOHL'S DEPARTMENT STORES, INC., a Corporation, and DOES 1 through 110, inclusive, | |
| Defendants. | |

1

**ORDER TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**

## ADDITIONAL ATTORNEYS

WILLIAM L. MARDER, ESQ. (CBN 170131)
bill@polarislawgroup.com
**Polaris Law Group LLP**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile

Edward W. Choi, Esq. SBN 211334
**LAW OFFICES OF CHOI & ASSOCIATES**
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
Email: edward.choi@choiandassociates.com

Attorneys for Plaintiff and the Class

**ORDER TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**

# ORDER

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiff's Individual Claims With Prejudice, and Dismiss Plaintiff's Class and PAGA Claims Without Prejudice, and GOOD CAUSE APPEARING, hereby ORDERS as follows:

(1) Plaintiff's individual claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2)

(2) Plaintiff's class claims are dismissed *without* prejudice pursuant to Federal Rule of Civil Procedure 23(e);

(3) Plaintiff's PAGA claims are dismissed *without* prejudice;

(4) Each Party shall bear its own attorneys' fees and costs incurred in this Action, except as otherwise provided in the Parties' confidential settlement.

(5) The entire Action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 10, 2020

Honorable Jesus G. Bernal
United States District Judge